

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____        │
│ DATE FILED: 5/1/06          │
└─────────────────────────────┘
```

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

April 28, 2006

BY FACSIMILE
Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007



RECEIVED
CHAMBERS OF
APR 28 2006
JUDGE SCHEINDLIN

        Re:    Saleem Javed v. Gonzales
               06 Civ. 1682 (SAS)

Dear Judge Scheindlin:

      I write on behalf of my colleague, F. James Loprest, the Assistant United States Attorney representing the Government in the above-referenced proceeding. Mr. Loprest was hospitalized in January after experiencing seizures due to hemorrhaging in his brain. He is expected to make a full recovery, and will return to the Office on May 8, 2006. Additionally, beginning May 8, 2006, a detailee from Citizenship and Immigration Services will be assigned to this Office to assist with Mr. Loprest's docket.

      In light of this situation, I respectfully request that the pretrial conference scheduled for May 8, 2006 at 3:30PM, be adjourned to June 2, 2006. Counsel for plaintiff, Adam Paskoff, does not oppose this request.

      Thank you for your consideration of this request.

*[Handwritten annotation: Request granted to adjourn May 8 hearing but the court is unavailable on June 2. The conference is adjourned to June 20, 2006 at 4:30 p.m. So Ordered:]*

Respectfully submitted,

By: *[signature]* Sue Chen
SUE CHEN
Special Assistant United States Attorney
Tel.: (212) 637-2790
Fax: (212) 637-2786

*[signed] USDJ 4/28/06*

cc:  BY FACSIMILE: (212) 643-2346
     Adam Paskoff, Esq.
     Attorney for Plaintiff

TOTAL P.03