UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SALEEM JAVED and IRIS JAVED,

        Plaintiffs,

        - v. -

ALBERTO GONZALES, Attorney General
of the United States; MICHAEL CHERTOFF,
Department of Homeland Security Secretary; and
MARY ANN GANTNER, Director, Citizenship
and Immigration Services, New York City District;

        Defendants.
------------------------------------------------------------x

CERTIFICATE OF SERVICE

06 Civ. 1682 (SAS)

ELECTRONICALLY FILED

F. JAMES LOPREST, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a Special Assistant United States Attorney in the office of Michael J. Garcia, United States Attorney for the Southern District of New York.

2. On the 19th day of June, 2006, I caused service of a copy of the Defendant's Answer by placing the same in an envelope addressed as follows:

> Adam Paskoff
> Paskoff & Tamber, LLP.
> 225 W. 34th Street
> Suite 1303
> New York, NY 10122

3. I then sealed said envelope, and placed it in a designated location in the U.S. Attorney's Office for postage to be affixed to same, then brought to a depository designated by the U.S. Postal Service for mail pick-up.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York
this 19th day of June, 2006

                                                 /S/
                                 F. JAMES LOPREST, JR.
                                 Special Assistant United States Attorney
                                 86 Chambers Street, Room 410
                                 New York, New York  10007
                                 Tel. No.:  (212) 637-2728