UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
: 
SALEEM JAVED and IRIS JAVED,
:    **SUSPENSE ORDER**
         **Plaintiffs,**
:    06 Civ. 1682 (SAS)
  -against-
:
ALBERTO GONZALES, Attorney General
of the United States; MICHAEL CHERTOFF, :
Department of Homeland Security Secretary;
and ANDREA QUARANTILLO, Director, :
Citizenship and Immigration Services, New
York City District, :

         **Defendants.** :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      This case shall be stayed pending the outcome of the administrative proceedings at the Immigration Court. Accordingly, it is hereby ORDERED that the Clerk of the Court place the above-captioned case on the suspense docket. Plaintiffs' counsel is directed to inform Chambers once the Immigration Judge has reached a decision regarding Saleem Javed's application for a discretionary adjustment of his immigration status. Furthermore, plaintiffs have voluntarily withdrawn their motion to review and defendants have voluntarily withdrawn their cross-motion to dismiss, both of which may be reinstated at a later date. The Clerk of the Court is directed to close these motions (Document # 8).

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         November 29, 2007

- **Appearances** -

**For Plaintiffs:**

Adam Paskoff, Esq.
Paskoff & Tamber, LLP
225 West 34th Street - Suite 1303
New York, New York 10122
(212) 643-5454

**For Defendants:**

James LoPrest
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
(212) 637-2728